B4 (Official Form4)(12/07)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Alabama

In re  Veros Energy, LLC
                Debtor

Case No. _____

Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Musket Corporation PO Box 26210 Oklahoma City, OK 73156 | PO Box 26210 Oklahoma City, OK 73156 | Trade debt | | 946,717 |
| Tenaska Commodities, LLC 14302 FNB Parkway Omaha, NE 68154-5212 | 14302 FNB Parkway Omaha, NE 68154-5212 402-938-1635 | Trade debt | | 810,294 |
| JBS USA LLC Swift & Co. Trade Group 1770 Promontory Circle Greeley CO, 80634 | 1770 Promontory Circle Greeley CO, 80634 (970) 506-8000 | Trade debt | | 306,278 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| TK Stanley, Inc. P O Box 31 Waynesboro MS 39367 | P O Box 31 Waynesboro MS 39367 601-735-2855 | Trade debt | | 204,616 |
| Evans FuelChem, LLC 328 Hardware Rd Broussard LA 70518 | 328 Hardware Rd Broussard LA 70518 | Trade debt | | 102,592 |
| Research Solution PO Box 1667 Pelham, AL 35124 | PO Box 1667 Pelham, AL 35124 | Trade debt | | 79,995 |
| Kelley Electric, Inc. PO Box 100 Moundville AL 35474 | PO Box 100 Moundville AL 35474 205-361-3039 | Trade debt | | 71,471 |
| West Alabama Mechanical, Inc. 38981 AL Hwy 69 Moundville AL 35474 | 38981 AL Hwy 69 Moundville AL 35474 205-371-8777 | Trade debt | | 65,123 |
| Agri Trading 340 Michigan St SE P.O. Box 609 Hutchinson MN 55350 | 340 Michigan St SE P.O. Box 609 Hutchinson MN 55350 (800) 328-5189 | Trade debt | | 55,680 |
| Brion Hardin Construction Co, Inc. 3705 Fosters Industrial Drive Tuscaloosa, AL 35401 | 3705 Fosters Industrial Drive Tuscaloosa, AL 35401 (205) 752-9611 | Trade debt | | 48,519 |
| MeadWestvaco Corporation PO Box 281916 Atlanta GA 30384-1916 | PO Box 281916 Atlanta GA 30384-1916 | Trade debt | | 43,100 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Vitusa Products Inc. 343 Snyder Avenue Berkeley Heights NJ 07922 | 343 Snyder Avenue Berkeley Heights NJ 07922 908-665-2900 | Trade | | 41,591 |
| Mitsubishi International Corp. 1221 McKinney St., Ste 3500 Houston TX 77010 | 1221 McKinney St., Ste 3500 Houston TX 77010 | Trade debt | | 39,475 |
| Evonik P O Box 905424 Charlotte NC 28290-5424 | P O Box 905424 Charlotte NC 28290-5424 (732) 651-0001 | Trade debt | | 39,338 |
| Emprise Bank Visa Emprise Bank P.O. Box 2970 Wichita, KS 67201 | Emprise Bank P.O. Box 2970 Wichita, KS 67201 (316) 383-4464 | Credit Card | | 38,787 |
| Alagasco PO Box 2224 Birmingham, AL 35246-0022 | PO Box 2224 Birmingham, AL 35246-0022 | Utility | | 35,000 |
| Southern Pipe & Supply PO Box 5738 Meridian, MS 39302 | PO Box 5738 Meridian, MS 39302 (205) 342-9405 | Trade debt | | 32,521 |
| Southern Green Industries, Inc. 4565 Frederick Dr Atlanta, GA 30336 | 4565 Frederick Dr Atlanta, GA 30336 | Trade debt | | 32,050 |
| Alabama Power PO Box 242 Birmingham, AL 35292 | PO Box 242 Birmingham, AL 35292 (888) 430-5787 | Utility | | 30,347 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Industrial Chemicals, Inc. P O Box 143 Memphis TN 38101 | P O Box 143 Memphis TN 38101 (205) 823-7330 | Trade debt | | 28,877 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date 4-6-2015

Signature
Veros Energy, LLC

Lies Energy, LLC (50% Member)
By: Michael Lies
Its: Manager

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Industrial Chemicals, Inc. P O Box 143 Memphis TN 38101 | P O Box 143 Memphis TN 38101 (205) 823-7330 | Trade debt | | 28,877 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date 4-6-2015

Signature  Veros Energy, LLC
X _[signature]_
Allam Alternative Energy, LLC (50% Member)
By: Todd Allam
Its: Manager