A-1 SEPTIC TANK SERVICES
13126 Lowery-Farris Road
Duncanville AL 35456

AAA Environmental Services
P O Box 170223
Birmingham AL 352172360

Ace Hardware
39609 Hwy 69
Moundville AL 35474

Agri Trading
340 Michigan St SE
P.O. Box 609
Hutchinson MN 55350

AJ Mechanical
PO Box 1033
Moundville AL 35474

Alabama Department of Revenue
Excise Tax Payable
PO Box 327540
Montgomery, AL 36132-7540

Alabama Department of Revenue
PO Box 327540
Montgomery, AL 36132-7540

Alabama Department of Revenue
Wholesale Oil Tax Payable
PO Box 327540
Montgomery, AL 36132-7540

Alabama Power
PO Box 242
Birmingham, AL 35292

Alagasco
PO Box 2224
Birmingham, AL 35246-0022

Allam Alternative Energy
2622 N. Northshore Ct
Wichita KS 67205

Ameri-Source Specialty Products, Inc.
5372 Enterprise Blvd.
Bethel Park, PA 15102

American Commodities, Inc.
1501 Baptist World Ct Suite B
Nashville TN 37207

Amsco Supply
2401 Woodridge Drive
Jasper AL 35504

Argos Group
2200 Resource Dr, Ste 101
Birmingham AL 35242

Atlas Welding
PO Box 2683
3530 Greensboro Ave
Tuscaloosa AL 35403

Brion Hardin Construction Co, Inc.
3705 Fosters Industrial Drive
Tuscaloosa, AL 35401

Charles Ross & Son Company
710 Old Willets Path
P O Box 12308
Hauppauge NY 11788-4193

Chem-Aqua
23261 Network Place
Chicago IL 60673-1232

Cherokee Tank Lines, Inc.
PO Box 2217
Blue Ridge, GA 30513-0038

CINTAS
PO BOX 630910
CINCINNATI OH 45263-0910

Clean Harbors Env. Services
PO Box 3442
Boston MA 02241-3442

Emprise Bank Visa
Emprise Bank
P.O. Box 2970
Wichita, KS 67201

Endress+Hauser
Dept 78795
P.O. Box 78000
Detroit, MI 48278-0795

Eurofins QTA, Inc.
2200 Rittenhouse Street, Ste 175
West Chester OH 45069

Evans FuelChem, LLC
328 Hardware Rd
Broussard LA 70518

Evonik
P O Box 905424
Charlotte NC 28290-5424

Express Employment Professionals
PO Box 535434
Atlanta GA 30353-5434

FedEx
PO Box 660481
Dallas TX 75266-0481

| | | |
|---|---|---|
| Fisher Scientific<br>PO Box 404705<br>Atlanta GA 30384-4705 | GE Capital<br>PO Box 740441<br>Atlanta GA 30374-0441 | Global Fire Protection<br>4242 Bryson Blvd.<br>Florence AL 35630 |
| Guardian-Ipco Inc.<br>44 Vann Dr<br>Birmingham, AL 35242 | Harcros Chemicals<br>P O Box 74583<br>Chicago IL 60696 | HYDROVAC Industrial<br>Services, Inc.<br>2534 28th Street<br>Tuscaloosa, Alabama 35401 |
| Industrial Chemicals, Inc.<br>P O Box 143<br>Memphis TN 38101 | JBS USA LLC Swift & Co. Trade Group<br>1770 Promontory Circle<br>Greeley CO, 80634 | Kelley Electric, Inc.<br>PO Box 100<br>Moundville AL 35474 |
| Lab Depot, Inc.<br>469 Lumpkin Campground Rd S<br>Dawsonville GA 30534 | Lies Energy, LLC<br>17 Stonebridge Cir<br>Wichita, KS 67230 | Lies Exploration<br>17 Stonebridge Cir<br>Wichita, KS 67230 |
| Linde North America, Inc.<br>PO Box 905918<br>Charlotte NC 28290-5918 | Maritech<br>915 South Lawrence Street<br>Mobile, AL 36603 | McMaster-Carr<br>600 N County Line Rd<br>Elmhurst, IL 60126 |
| MeadWestvaco Corporation<br>PO Box 281916<br>Atlanta GA 30384-1916 | Mid South Mechanical Sealing, Inc.<br>P.O. Box 210788<br>Montgomery, AL 36121 | Mitsubishi International Corp.<br>1221 McKinney St., Ste 3500<br>Houston TX 77010 |
| Mobile Temp. Inc.<br>35117 HWY 30<br>Geismar, LA 70734 | Moundville Parts City<br>39609 Hwy 69 South<br>Moundville AL 35474 | Musket Corporation<br>PO Box 26210<br>Oklahoma City, OK 73156 |
| National Biodiesel Board<br>PO Box 104898<br>Jefferson City MO 65110-4898 | NGL Crude Logistics, LLC<br>1331 Lamar St, Ste 1650<br>Houston TX 77010 | Northern Safety & Industrial<br>PO Box 4250<br>Utica NY 13504-4250 |
| NRI Industrial<br>6401 Rogers Road<br>Delta, OH 43515 | Pall Corporation<br>Pall Filter Specialists, Inc.<br>100 Anchor Road<br>Michigan City, IN 46360 | Pearce Trucking, Inc.<br>PO Box 70093<br>Tuscaloosa, AL 35407 |
| Perkin Elmer<br>13633 Collections Center Drive<br>Chicago IL 60693-0136 | Powell Petroleum<br>Kuykendall & Powell Oil Co., Inc<br>P.O. Box 1219<br>Tuscaloosa, AL 35403 | Power and Rubber Supply,<br>Inc.<br>PO Box 3069<br>Tuscaloosa AL 35403 |

| | | |
|---|---|---|
| Quest Liner<br>2099 Southpark CT, Suite 1<br>Dubuque IA 52004-0774 | Renewable Energy Importers (REI)<br>3106 West Tambay Avenue<br>Tampa, FL 33611 | Research Solution<br>PO Box 1667<br>Pelham, AL 35124 |
| RINtrust, LLC<br>7777 Walnut Grove Road<br>Suite A-5, Box 24<br>Memphis TN 38120-2130 | Ross Engineering, Inc.<br>32 Westgate Boulevard<br>Savannah GA 31405-1475 | Separator Spares & Equipment<br>144 Intracoastal Drive<br>Houma LA 70363 |
| Southeastern Freight Lines<br>PO Box 1691<br>Columbia, SC 29202 | Southern Green Industries, Inc.<br>4565 Frederick Dr<br>Atlanta, GA 30336 | Southern Pipe & Supply<br>PO Box 5738<br>Meridian, MS 39302 |
| Summit Sales & Services Co., Inc.<br>2320 Balsam Ave 5W<br>Birmingham AL 35211-5203 | Tenaska Commodities, LLC<br>14302 FNB Parkway<br>Omaha, NE 68154-5212 | TK Stanley, Inc.<br>P O Box 31<br>Waynesboro MS 39367 |
| Trinity Physical Therapy<br>7402 Highway 69 South Ste G<br>Tuscaloosa AL 35405-1300 | TriNova<br>P.O. Box 190849<br>Mobile, AL 36619 | United Rentals<br>PO Box 100711<br>Atlanta GA 30384-0711 |
| United States Plastic Corp<br>1390 Neubrecht Rd<br>LIma OH 45801-3196 | United States Treasury<br>Federal Income Tax Payable<br>1500 Pennsylvania Avenue, NW<br>Washington, D.C. 20220 | United States Treasury<br>Federal Unemployment Tax<br>1500 Pennsylvania Avenue, NW<br>Washington, D.C. 20220 |
| Ventus Investments, Ltd.<br>Box 47 Site 23 RR 8<br>Calgary, AB<br>T2J 2T 9 | VHG Labs, Inc.<br>LGC Standards<br>PO Box 360659<br>Pittsburgh, Pa 15251-6659 | Vitusa Products Inc.<br>343 Snyder Avenue<br>Berkeley Heights NJ 07922 |
| Weaver and Tidwell, LLP<br>2821 West 7th St, Suite 700<br>Dallas TX 76107 | West Alabama Mechanical, Inc.<br>38981 AL Hwy 69<br>Moundville AL 35474 | Dustin Wyer<br>8830 W Westlakes Ct<br>Wichita, KS 67205 |